377 A.2d 175
Commonwealth v. Kern et al., Appellants.

555

Submitted June 14, 1976. David Katz, and John P. Lawler, for appellants; Linda Wallach Miller, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant Paul J. Kern is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.